## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **INDICTMENT** |
| | : | |
| **v.** | : | **UNDER SEAL** |
| | : | |
| **ARIEL E. COLLAZO RAMOS** | : | **CRIMINAL NO. 5:24-CR-_____** |
| | : | |
| | : | **VIOLATION:** |
| | : | **18 U.S.C. § 876(c)** |
| _____ | : | |

**THE GRAND JURY CHARGES:**

### GENERAL INTRODUCTION

At all times relevant and material to this Indictment

1. **ARIEL E. COLLAZO RAMOS** operated an online business called Patriot Candle Company from his home in High Point, North Carolina. Through the business, **ARIEL E. COLLAZO RAMOS** sold candles, postcards, and other products depicting racial, white nationalist themes.

2. For example, **ARIEL E. COLLAZO RAMOS** sold several postcards featuring pictures of Adolph Hitler wearing a Nazi uniform. **ARIEL E. COLLAZO RAMOS** also sold postcards featuring pictures related to the Holocaust. One postcard depicted Anne Frank in front of Auschwitz extermination and concentration camp with the caption, "So much fun!" Another postcard displayed a hand-drawn image depicting a purported Jewish male wearing a rat costume and the words "JEWS ARE RATS."

3. **ARIEL E. COLLAZO RAMOS** also sold candles featuring antisemitic themes. One candle listed for sale on the website was called "Zyklon B." Zyklon B was the poison used to kill Jewish people in gas chambers in extermination camps during the Holocaust.

4. On or about June 23, 2023, a neo-Nazi group gathered outside of Temple Beth Israel in Macon, Georgia, holding signs containing antisemitic propaganda while the congregation was inside

observing the start of Sabbath. The incident gained national media attention. Elizabeth Bahar was the Rabbi of Temple Beth Israel and began speaking publicly against antisemitism following the event.

5. On or about January 22, 2024, Rabbi Elizabeth Bahar spoke before the Georgia Senate Judiciary Committee in support of Georgia House Bill 30, a bill defining antisemitism. Georgia House Bill 30 was passed by the Georgia General Assembly and signed by the Governor of Georgia on January 31, 2024.

6. On or about February 1, 2024, Rabbi Elizabeth Bahar, received a threatening postcard at her home address located in the Middle District of Georgia, via U.S. Postal Service, from **ARIEL E. COLLAZO RAMOS**. The postcard was addressed to Rabbi Elizabeth Bahar and contained the handwritten statement, "Is there a child rape, torture, and murder tunnel under your house? We have the Zyklon B. Use Code "GASTHEJEWS" for 10% off!"



There was an image/watermark for "Patriot Candle Co." displayed in the background on both sides of the postcard. The reverse side of the postcard displayed a hand-drawn image depicting a purported Jewish male wearing a rat costume and the words "JEWS ARE RATS."



## COUNT ONE
### (MAILING THREATENING COMMUNICATIONS)

Background

1. The allegations contained in paragraphs 1 through 6 of the General Introduction section of this Indictment are incorporated by reference as if set forth fully herein.

Statutory Allegations

2. On or about January 26, 2024, the exact date being unknown, the Defendant,

**ARIEL E. COLLAZO RAMOS,**

did knowingly and willfully deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, and knowingly caused to be delivered by the Postal Service according to the directions thereon, a written communication, that is, a postcard, addressed to Rabbi Elizabeth Bahar at her home address located in the Middle District of Georgia, that contained a threat to injure Rabbi Elizabeth Bahar, specifically the statement, "We have the Zyklon B. Use code "GASTHEJEWS" for 10% off!," and the defendant sent the communication for the purpose of issuing a threat, and with knowledge that the communication would be viewed as a threat, all in violation of Title 18, United States Code, Section 876(c).

A TRUE BILL.

*s/Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PETER D. LEARY
UNITED STATES ATTORNEY

Presented by:

WILL R. KEYES
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this ___9___ day of April, 2024.

Deputy Clerk

4