IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| vs. | : CRIMINAL NO. 5:24-CR-34 (MTT) |
| | : |
| ARIEL E. COLLAZO RAMOS | : |
| | : |
| | : |

### GOVERNMENT'S MOTION TO DETAIN

COMES NOW the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and requests that the defendant be detained pursuant to 18 U.S.C. § 3142(e) and (f).

**I.   LEGAL BASIS**

The Court should detain the defendant because there are no conditions of release which will reasonably assure the safety of any other person or the community. 18 U.S.C. § 3142(e). As outlined below, there is a serious risk that Defendant will "obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror." 18 U.S.C. § 3142(f)(2)(B). Additionally, a hearing is warranted pursuant to 18 U.S.C. § 3142(f)(1)(A).

**II.  EVIDENCE IN SUPPORT OF DETENTION**

The United States submits that the following facts will be established at Defendant's detention hearing, which by clear and convincing evidence, will show that no condition or combination of conditions will reasonably assure the safety of any other person and the community. 18 U.S.C. § 3142(f)(2).

**A. Pending Criminal Conduct**

On January 2, 2023, law enforcement was called to Defendant's home address in High Point, North Carolina. Defendant had gotten into an argument with his wife and physically assaulted her. At approximately 4:00am, while his wife was still in bed, he slapped and punched her in her head and face, grabbed her ears, and continued to strike her. He threatened to drown her in a toilet bowl filled with urine. The assault caused a large bruise on her right cheek, the top of her head was swollen, and she had scratch marks on her face, behind her ear, and on her neck.

During the altercation, Defendant accused his wife of lying and gave her two choices for her "punishment". He could drive her to the homes of friends and family so she could explain to them what she had done to cause embarrassment and shame, or he would shave her head and eyebrows and pull her fingernails out with pliers. She selected the option of being driven to the homes of friends and family. A family member called 911 and defendant was arrested at his home at approximately 12:00pm.

On June 16, 2023, Defendant was indicted by a grand jury with First Degree Kidnapping and Assault on a Female in The General Court of Justice, Superior Court Division in Guilford-HP County in the State of North Carolina.[1]

**B. Defendant's Business**

Patriot Candle Company is an online business which Defendant operates from his home in High Point, North Carolina. He is the sole employee. Through the business, Defendant sells candles, postcards, and other products depicting racial, antisemitic, white nationalist themes. The following are examples of candles offered for sale:

---

[1] A Domestic Violence Protective Order was filed on February 6, 2023, in North Carolina in The General Court of Justice District Court Division, High Point Division. The Order was renewed on January 16, 2024.



David Lane was a white nationalist and member of the group The Order. The Order was responsible for the 1984 Assassination of Jewish radio host Alan Berg. Lane was best known for coining the "14 word" slogan, "We must secure the existence of our people and a future for white children."



Zyklon B was the poison used to kill Jewish people in gas chambers in extermination camps during the Holocaust.

3




### Flammenwerfer

**$14.88**

Turn the heat up to 1488°F and smell the fire! Don't worry, our Flammenwerfer candle does not smell like burnt kosher fat. Get the marshmallows ready, we got the fire going!

Categories: Based, Candles




### Lampshades

**$14.88**

Lampshades made from the skin of jews? We wish! Enjoy a fine leather scent with this candle.

Categories: Based, Candles




### Dindu Repellent

~~$14.88~~ **$11.90**

Keep niggers at bay with the terrifying scent of a job application! One whiff, and they'll be running back to their cocoa butter, weed, and fried chicken smelling hell hole. 😂🤣

Categories: Based, Candles

Through the company, Defendant also sold postcards featuring similar antisemitic content.

4

Postcards featured Adolph Hitler wearing a Nazi uniform and images related to the Holocaust. For example, one postcard depicted Anne Frank in front of Auschwitz extermination and concentration camp with the caption, "So much fun!"



Another postcard displayed a hand-drawn image depicting a purported Jewish male wearing a rat costume and the words "JEWS ARE RATS."



5

**C. Mailed Threats**

<u>Threatening Postcard to Georgia State Representative Esther Panitch</u>

On or about January 30, 2024, Georgia State Representative Esther Panitch, received a threatening postcard via the United States Postal Service (USPS) at her home address located in the Northern District of Georgia.[2] The postcard was addressed to Representative Panitch and contained the handwritten statement, "Is there a child rape, torture, and murder tunnel under your house? We have the Zyklon B. Use Code "GASTHEJEWS" for 10% off!"



The reverse side of the postcard displayed an animated image depicting a Jewish male wearing a rat costume and the words "JEWS ARE RATS."

---

[2] Representative Panitch received two other Patriot Candle Company postcards referencing the Holocaust to her home address, on or about February 7, and April 16, 2024.



Representative Panitch is the only Jewish member of the Georgia House of Representatives and has been an outspoken advocate battling antisemitism. Representative Panitch has pushed for legislation to define antisemitism and protect the Jewish community from discrimination. Representative Panitch was recently a legislative sponsor of Georgia House Bill 30,[3] (a bill defining antisemitism), and received the threatening postcard a day prior to the signing of the Bill.

Threatening Postcard to Rabbi Elizabeth Bahar

On or about February 1, 2024, Elizabeth Bahar, the Rabbi of Temple Beth Israel located in Macon, Georgia, received a nearly identical postcard at her home address in the Middle District of Georgia, via the USPS.[4] Both postcards contained USPS postage markings documenting the letters were processed on the same date, January 26, 2024, from the same distribution facility in Greensboro, North Carolina, 270 Piedmont Triad Area. The postcard was addressed to Rabbi

---

[3] House Bill 30 entitled an Act to amend Chapter 1 of Title 50 of the Official Code of Georgia Annotated, relating to general provisions relative to state government, so as to provide for the definition of antisemitism; to require state agencies and departments to consider such definition when determining whether an alleged act was motivated by discriminatory antisemitic intent; to provide for limitations and construction; to provide legislative findings; to provide for related matters; to repeal conflicting laws; and for other purposes.

[4] On April 9, 2024, a grand jury in the Middle District of Georgia indicted Defendant for Mailing Threatening Communications in violation of Title 18, United States Code, Section 876(c).

Elizabeth Bahar and contained the handwritten statement, "Is there a child rape, torture, and murder tunnel under your house? We have the Zyklon B. Use Code "GASTHEJEWS" for 10% off!"



The reverse side of the postcard displayed the same hand-drawn image depicting a purported Jewish male wearing a rat costume and the words "JEWS ARE RATS."

Rabbi Bahar and Temple Beth Israel were the target of antisemitism during the past year. On or about June 23, 2023, a neo-Nazi group gathered outside of Temple Beth Israel in Macon, Georgia, holding signs containing antisemitic propaganda while the congregation was inside observing the start of Sabbath. The incident gained national media attention.

Rabbi Bahar began speaking publicly against antisemitism following the event. On or about January 22, 2024, Rabbi Bahar spoke before the Georgia Senate Judiciary Committee in support of Georgia House Bill 30, a bill defining antisemitism. Georgia House Bill 30 was passed by the Georgia General Assembly and signed by the Governor of Georgia on January 31, 2024.

Threatening Postcard – Stacy Sobel, Connecticut Regional Director at ADL

On or about February 10, 2024, Stacy Sobel, the Connecticut Regional Director of the Anti-Defamation League (ADL)[5], received a threatening postcard via the USPS at her home address in Connecticut. The postcard depicted Anne Frank in front of Auschwitz extermination and concentration camp with the caption, "So much fun!" The same verbiage, "Is there a child rape, torture, and murder tunnel under your house? We have the Zyklon B. Use discount code "GASTHEJEWS" to save 10% on your order," was observed on the backside of the postcard. Additionally, the postcard contained USPS postage markings confirming the letter was processed from the same distribution center in Greensboro, North Carolina, as the aforementioned postcards.

Other Threatening Postcards

Four additional postcards, containing similar threats to Jewish organizations, have been reported to the FBI:

1. The Temple, a synagogue located in Atlanta, Georgia, received a postcard on February 2, 2024.

2. Agudath Sholom Synagogue, located in Lynchburg, Virginia, received a postcard on February 6, 2024.

3. Chabad Lubavitch World Headquarters, located in Brooklyn, New York, received a postcard on February 13, 2024.

4. Ali's Cookies, a Jewish owned cookie store located in Atlanta, Georgia, received a postcard on February 24, 2024.

These postcards were not addressed directly to an individual, they were addressed to Jewish organizations or businesses.

---

[5] Per the ADL's website located at https://www.adl.org/about/who-we-are, the ADL self-reports to be the leading anti-hate organization in the world with a mission to stop the defamation of the Jewish people and to secure justice and fair treatment to all.

<u>Defendant's Statements Regarding the Threatening Postcards</u>

Defendant posted about the threatening postcards on Gab AI. Gab AI is a social networking website which advertises itself as an uncensored and unbiased platform. On January 31, 2024, Defendant, using Gab profile Patriot Candle Co., posted a news article about Representative Panitch receiving the threatening postcard. Defendant commented, "Cry harder you ugly kike bitch!" Defendant posted a picture of the postcard before it was postmarked and stated, "We did in fact send her that postcard.[6]" In private messages, Defendant stated:

> [2024-02-02 23:04:19 UTC] <PatriotCandleCo> I've been designing postcards all day. I also took a deep look at that Georgia law. That kike is going to be getting more postcards in the future, and there's nothing she can do about it.

Another user told Defendant to keep the image to himself for a week. Defendant responded:

> [2024-02-02 23:05:03 UTC] <PatriotCandleCo> But what about harassment you may ask? That only applies to telecommunications in Georgia. There is no harassment law against mail.

On February 9, 2024, Defendant also posted a picture of the threatening postcard that he sent to Ali's Cookies in Atlanta. In response to the post, an individual sent a private message to Defendant stating that the government may charge Defendant with a hate crime. Defendant responded:

> [02-09-2024 04:11:52 PM] <PatriotCandleCo> I appreciate your concern, but it's what we do.

In the private message, Defendant included a link to the news article about the threatening postcard sent to Representative Panitch.

---

[6] Defendant also admitted to sending the threatening postcard to Representative Panitch in a child custody hearing in North Carolina in February 2024. As a result of the hearing, Defendant was prohibited from contacting his child.

### III. CONCLUSION

As outlined above, there is a serious risk that Defendant will "obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate, a prospective witness or juror." 18 U.S.C. § 3142(f)(2)(B). The Government requests that the Court conduct the detention hearing at Defendant's initial appearance in the Middle District of Georgia.

Respectfully submitted, this 2nd day of May, 2024.

                PETER D. LEARY
                UNITED STATES ATTORNEY


BY:   */s/ William R. Keyes*
        WILLIAM R. KEYES
        Assistant United States Attorney
        Georgia Bar Number 368650
        United States Attorney's Office
        Middle District of Georgia
        Post Office Box 1702
        Macon, Georgia 31202-1702
        Telephone: (478) 621-2635
        Email: william.r.keyes@usdoj.gov

## **CERTIFICATE OF SERVICE**

I, William R. Keyes, Assistant United States Attorney, hereby certify that I electronically filed the within and foregoing ***Government's Motion to Detain*** by electronically filing said motion with the Clerk of the Court using the CM/ECF system.

Respectfully submitted, this 2nd day of May, 2024.

                                PETER D. LEARY
                                UNITED STATES ATTORNEY

BY:   */s/ William R. Keyes*
        WILLIAM R. KEYES
        Assistant United States Attorney
        Georgia Bar Number 368650
        United States Attorney's Office
        Middle District of Georgia
        Post Office Box 1702
        Macon, Georgia 31202-1702
        Telephone: (478) 621-2635
        Email: william.r.keyes@usdoj.gov