# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **CASE NO. 5:24-CR-34 (MTT)** |
| | : | |
| **ARIEL E. COLLAZO RAMOS** | : | |
| | : | |
| | : | |
| _____ | : | |

## NOTICE OF HATE CRIME MOTIVATION

COMES NOW, the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and files this Notice of Hate Crime Motivation pursuant to U.S.S.G. § 3A1.1(a). As explained in § 3A1.1(a),

> If the finder of fact at trial or, in the case of a plea of guilty or nolo contendere, the court at sentencing determines beyond a reasonable doubt that the defendant intentionally selected any victim or any property as the object of the offense of conviction because of the actual or perceived race, color, religion, national origin, ethnicity, gender, gender identity, disability, or sexual orientation of any person, increase by **3** levels.

*Id*. The Application Notes explain that "special evidentiary requirements govern the application of this subsection." U.S.S.G. § 3A1.1 cmt. n.1.

At trial, the United States expects to present evidence establishing, beyond a reasonable doubt, that Defendant intentionally selected the victim in this case as the object of the offense of conviction because of the victim's actual or perceived race, religion, or ethnicity. Unlike traditional sentencing enhancements, which require the Court to find applicable facts by a preponderance of the evidence at sentencing, § 3A1.1 requires "the finder of fact at trial" to find Defendant's hate crime motivation "beyond a reasonable doubt." Accordingly, the question of motive must be presented to the jury at trial. The United States therefore provides through this filing its notice of

intent to propose jury instructions concerning the application of § 3A1.1 and to include in its proposed verdict form a special interrogatory about hate crime motivation.

Respectfully submitted this 7th day of May, 2024.

                                        PETER D. LEARY
                                      UNITED STATES ATTORNEY
                                      MIDDLE DISTRICT OF GEORGIA

BY:   */s/ William R. Keyes*
        WILLIAM R. KEYES
        Assistant United States Attorney
        Georgia Bar Number 368650
        United States Attorney's Office
        Middle District of Georgia
        Post Office Box 1702
        Macon, Georgia 31202-1702
        Telephone: (478) 621-2635
        Email: william.r.keyes@usdoj.gov

## CERTIFICATE OF SERVICE

I, William R. Keyes, Assistant United States Attorney, hereby certify that on the 7th day of May, 2024, I filed the within and foregoing *Notice of Hate Crime Motivation* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

                                            PETER D. LEARY
                                            UNITED STATES ATTORNEY
                                            MIDDLE DISTRICT OF GEORGIA

BY:   */s/ William R. Keyes*
         WILLIAM R. KEYES
         Assistant United States Attorney
         Georgia Bar Number 368650
         United States Attorney's Office
         Middle District of Georgia
         Post Office Box 1702
         Macon, Georgia 31202-1702
         Telephone: (478) 621-2635
         Email: william.r.keyes@usdoj.gov