**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| **v.** | **INDICTMENT NO. 5:24-CR-34-MTT-CHW** |
| **ARIEL E. COLLAZO RAMOS,**<br>**Defendant.** | |

**NOTICE OF APPEARANCE**

COMES NOW undersigned counsel, Byron L. Conway, Jr., who hereby enters his appearance as counsel on behalf of the Defendant, *Ariel E. Collazo Ramos*, in the above-styled case. All future notices of filings and proceedings should be directed to him.

Dated this 3rd day of June, 2024.

Respectfully submitted,

*s/***Byron L. Conway, Jr.**
Byron L. Conway, Jr.
Ga. Bar No. 487767
Executive Director

Federal Defenders of the
Middle District of Georgia, Inc.
440 Martin Luther King Jr. Blvd.
Suite 400
Macon, GA 31201
Tel: (478) 743-4747
Fax: (478) 207-3419
Email: byron_conway@fd.org

1

## CERTIFICATE OF SERVICE

I, Byron L. Conway, Jr., hereby certify that, on June 3, 2024, I electronically filed the foregoing *Notice of Appearance* with the clerk of Court using the CM/ECF system which will send notification of such to all counsel of record.

*s/***Byron L. Conway, Jr.**
Byron L. Conway, Jr.
Ga. Bar No. 487767
Executive Director

Federal Defenders of the
Middle District of Georgia, Inc.
440 Martin Luther King Jr. Blvd.
Suite 400
Macon, GA 31201
Tel: (478) 743-4747
Fax: (478) 207-3419
Email: byron_conway@fd.org
