IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ARIEL E. COLLAZO RAMOS,<br>  Defendant. | INDICTMENT NO. 5:24-CR-34-MTT-CHW |

### NOTICE OF APPEARANCE

COMES NOW undersigned counsel, E. Addison Gantt, who hereby enters his appearance as counsel on behalf of the Defendant, ***Ariel E. Collazo Ramos***, in the above-styled case.  All future notices of filings and proceedings should be directed to him.

Dated this 3rd day of June, 2024.

                                                  Respectfully submitted,


                                                  *s/**E. Addison Gantt***
                                                  E. Addison Gantt
                                                  Ga. Bar No. 385634
                                                  Assistant Federal Defender

                                                  Federal Defenders of the
                                                  Middle District of Georgia, Inc.
                                                  440 Martin Luther King Jr. Blvd.
                                                  Suite 400
                                                  Macon, GA 31201
                                                  Tel: (478) 743-4747
                                                  Fax: (478) 207-3419
                                                  Email: addison_gantt@fd.org

1

## CERTIFICATE OF SERVICE

I, E. Addison Gantt, hereby certify that, on June 3, 2024, I electronically filed the foregoing *Notice of Appearance* with the clerk of Court using the CM/ECF system which will send notification of such to all counsel of record.

<u>*s/E. Addison Gantt*</u>
E. Addison Gantt
Ga. Bar No. 385634
Assistant Federal Defender

Federal Defenders of the
Middle District of Georgia, Inc.
440 Martin Luther King Jr. Blvd.
Suite 400
Macon, GA 31201
Tel: (478) 743-4747
Fax: (478) 207-3419
Email: addison_gantt@fd.org