GOVT'S EXHIBIT SHEET FROM DETENTION HRG HELD 5/30/2024 IN MACON
BEFORE JUDGE CHARLES WEIGLE

USA

V                                                        CASE # 5:24-cr-34-MTT

Ariel E Collazo Ramos

| NUMBER | DESCRIPTION | IDENTIFIED | ADMITTED |
|---|---|---|---|
| G1a-e | Photos of candles for sale | 5/30/2024 | 5/30/2024 |
| G2a-b | Photos of post cards for sale | 5/30/2024 | 5/30/2024 |
| G3a-b | Photos of post card sent to Esther Panitch | 5/30/2024 | 5/30/2024 |
| G4 | Photo of post card sent to Elizabeth Bahar | 5/30/2024 | 5/30/2024 |
| G5a-b | Photos of post cards sent to Holocaust Museum | 5/30/2024 | 5/30/2024 |
| G6 | Photo of Hitler | 5/30/2024 | 5/30/2024 |