

Postmark: GREENSBORO NC 270 / PIEDMONT TRIAD AREA / 26 JAN 2024 PM 5 L

Handwritten message:
Is there a [crossed out] and murder tunnel under your house?

We have the Zyklon B. Use code "GASTHEJEWS" for 10% off!

Addressed to: Elizabeth Bahar [address redacted]

Patriot Candle Co.
www.patriotcandleco.com
210-305032

GOVERNMENT EXHIBIT 4