

Postcard 1 (top-left):
The filthy jews killed Jesus Christ.
1 Thessalonians 2:14-15
1 Thessalonians 5:2
For yourselves know perfectly that the day of the Lord so cometh as a thief in the night.
— Holocaust Museum, 100 Raoul Wallenberg Pl., SW, Washington, DC 20024

Postcard 2 (top-right):
"It is necessary that I should die for my people; but my spirit will rise from the grave and the whole world will know I was right."
— Adolf Hitler
Use code "HITLERWASRIGHT" and save 10% on candles. We have Zyklon B!
— Holocaust Museum, 100 Raoul Wallenberg Pl., SW, Washington, DC 20024

Postcard 3 (bottom-left):
Is there a child rape, torture and murder tunnel under your museum?
We have the Zyklon B! Use discount code "TKD" for 10% off your order.
— Holocaust Museum, 100 Raoul Wallenberg Pl., SW, Washington, DC 20024

Postcard 4 (bottom-right):
The holocaust is as believable as Anne Frank's diary, which was written with a ball point pen.
Use discount code "HOLOHOAX" to save 10% on candles. We have Zyklon B!
— Holocaust Museum, 100 Raoul Wallenberg Pl., SW, Washington, DC 20024

GOVERNMENT EXHIBIT 5A