**DEFENDANT'S EXHIBIT 1**

Nereida Ramos
3717 Westfield St.
High Point, NC 27265
410.245.2951

Your Honor,

    My name is Nereida Ramos, I came to know Ariel E. Collazo-Ramos 31 years ago on the night of March 25, 1993. Everything leading to the introduction that night was worth it. I have been truly blessed to have him as my son. He is one of the best people I have in my life. Ariel was and is a smart kid, did very well throughout school, and was independent at an early age. He has a talent of figuring things out.

I write to you this letter to vouch that my son is a good person. He is not harmful, nor does he pose a threat or danger to society. He has set and achieved goals, and he has carried his weight in life that have made him a productive and reliable person. He has helped many people, friends, acquaintances and his family. He has a good character; he is a good person.

I currently work 3 days at home. Ariel has a place to stay at my home, and he will be taken care of if he is released. I want to thank you for your time reading this letter.

Sincerely,

Nereida Ramos      5/30/2024