#### IN THE UNITED STATES DISTRICT COURT FOR
#### THE MIDDLE DISTRICT OF GEORGIA
#### MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CASE NO. 5:24-CR-34 (MTT) |
| | : | |
| ARIEL E. COLLAZO RAMOS | : | |
| | : | |
| _____ | : | |

#### JOINT MOTION TO CONTINUE TRIAL IN THE INTERESTS OF JUSTICE

COMES NOW, the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and files this Joint Motion to Continue Trial in the Interests of Justice. In support thereof the Government states the following:

1.

Defendant was indicted on April 9, 2024, and charged with Mailing Threatening Communications in violation of Title 18, United States Code, Section 876(c). Doc. 1. The indictment was unsealed on May 2, 2024. Doc. 5.

2.

Defendant had his initial appearance in the Middle District of North Carolina on May 2, 2024. Doc. 7. The United States moved for detention. Doc. 6. Defendant had his arraignment and detention hearing in the Middle District of Georgia on May 30, 2024. Doc. 10. Defendant entered his plea of not guilty. Doc. 14. The Federal Defenders of the Middle District of Georgia were appointed to represent Defendant and E. Addison Gantt represented Defendant at his arraignment and detention hearing. Doc. 11. Byron L. Conway, Jr. and E. Addison Gantt filed a Notice of Attorney Appearance on June 3, 2024. Docs. 15 and 17. The Court entered an Order of Detention Pending Trial on June 6, 2024. Doc. 22.

3.

On June 6, 2024, the Court entered its Order Setting Jury Trial with trial to begin on July 22, 2024, with announcements due on June 17, 2024. Doc. 20. This is the first time this case has been set on a trial calendar; thus, no prior continuance has been granted.

4.

The Government provided discovery to counsel for Defendant on June 14, 2024. Additional Discovery which includes the electronic devices which were seized on May 2, 2024, are in the process of being loaded onto an external hard drive which was provided by the Defendant on June 11, 2024. The discovery is voluminous, and the protective order does not allow Defendant to possess the discovery materials when not with defense counsel, due to the sensitive nature of some of the materials. Doc. 25. Counsel for Defendant will not have an adequate opportunity to review discovery, conduct any required investigation, or negotiate a potential resolution of the case prior to the currently set trial term.

5.

Undersigned Counsel has communicated with Byron L. Conway, Jr. and E. Addison Gantt, counsel for Defendant, who joins this motion to continue.

6.

WHEREFORE, it is respectfully requested that the case be continued to the next term of court to give the defense proper time to effectively review discovery, conduct any required investigation, or negotiate a potential resolution of the case prior to the currently set trial term. The Government submits that this motion is not being filed for the purpose of delay and that the ends of justice by granting the request outweigh the Defendant and society's interest to a speedy trial. *See* Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Respectfully submitted, this 17th day of June, 2024.

                        PETER D. LEARY
                        UNITED STATES ATTORNEY
                        MIDDLE DISTRICT OF GEORGIA

BY:   */s/ William R. Keyes*
        WILLIAM R. KEYES
        Assistant United States Attorney
        Georgia Bar Number 368650
        United States Attorney's Office
        Middle District of Georgia
        Post Office Box 1702
        Macon, Georgia 31202-1702
        Telephone: (478) 621-2635
        Email: william.r.keyes@usdoj.gov

        */s/ Byron L. Conway, Jr.*
        Byron L. Conway, Jr
        Ga. Bar No. 487767
        Attorney for Defendant
        Federal Defenders of the
        Middle District of Georgia, Inc.
        440 Martin Luther King Jr. Blvd.
        Suite 400
        Macon, GA 31201
        Tel: (478) 743-4747
        Fax: (478) 207-3419
        Email: byron_conway@fd.org

## CERTIFICATE OF SERVICE

I, WILLIAM R. KEYES, Assistant United States Attorney, hereby certify that on the 17th day of June 2024, I filed the within and foregoing *Joint Motion to Continue Trial in the Interests of Justice* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties of record.

PETER D. LEARY
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF GEORGIA

BY:  */s/ William R. Keyes*
WILLIAM R. KEYES
Assistant United States Attorney
Georgia Bar Number 368650
United States Attorney's Office
Middle District of Georgia
Post Office Box 1702
Macon, Georgia 31202-1702
Telephone: (478) 621-2635
Email: william.r.keyes@usdoj.gov