IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA  : | |
|                          :   | |
| v.                       :   | CASE NO. 5:24-CR-34 (MTT) |
|                          :   | |
| ARIEL E. COLLAZO RAMOS   :   | |
|                          :   | |
|                          :   | |

**UNOPPOSED MOTION TO CONTINUE TRIAL IN THE INTERESTS OF JUSTICE**

COMES NOW, Ariel E. Collazo Ramos, by and through his attorneys, and files this *Unopposed Motion to Continue Trial in the Interests of Justice*. In support thereof, undersigned counsel states the following:

1.

Mr. Ramos was indicted on April 9, 2024, and charged with Mailing Threatening Communications in violation of Title 18, United States Code, Section 876(c). Doc. 1. The indictment was unsealed on May 2, 2024. Doc. 5.

2.

Mr. Ramos had his initial appearance in the Middle District of North Carolina on May 2, 2024. Doc. 7. The United States moved for detention. Doc. 6. Mr. Ramos had his arraignment and detention hearing in the Middle District of Georgia on May 30, 2024. Doc. 10. On June 6, 2024, the Court entered its Order Setting Jury Trial with trial to begin on July 22, 2024, with announcements due on June 17, 2024. Doc. 20. A joint motion to continue was filed on June 17, 2024. Doc. 26. The Court granted the joint motion and continued the trial until September 16, 2024. Doc. 27. On June 26, 2024, the Government provided undersigned counsel with an

external hard drive containing additional discovery. On the hard drive were multiple terabytes of discovery. One of the pieces of discovery on the hard drive was the data from a Cellebrite extraction of Mr. Ramos' cellphone. The Federal Defenders of the Middle District of Georgia have been working diligently to access the Cellebrite data and reports since then. Unfortunately, most of our efforts ended in technical difficulties, including crashing several of our computers. The defense team ultimately needed to secure special equipment to access the Cellebrite data on the external hard drive. Mr. Ramos' defense team was finally able to access the Cellebrite data and report on August 09, 2024.  The Cellebrite report from that data is 92,674 pages long. Furthermore, the Government provided additional discovery disclosures on August 09, 2024, as well.  Mr. Ramos' defense team will be unable to adequately work through the newly accessible Cellebrite report, process the additional August 09, 2024, Government discovery disclosure, continue review of the discovery that was already accessible prior to August 09, 2024, and conduct any additional investigation based on the newly accessible discovery prior to the currently scheduled trial term for Mr. Ramos' case.

3.

Undersigned counsel has reached out the William Keyes, the assigned Assistant United States Attorney on this case, and he does not oppose this request from the defense.

4.

WHEREFORE, it is respectfully requested that the case be continued to the next term of court to give the defense proper time to effectively review newly accessible discovery, conduct any required investigation, and potentially negotiate a resolution of the case prior to the trial term. The Defense submits that this motion is not being filed for the purpose of delay and that the ends of justice by granting the request outweigh society's interest to a speedy trial. See Title 18, United States Code, Sections 3161(h)(7)(A) and 3161(h)(7)(B)(iv).

Respectfully submitted, this 15th day of August 2024.

/s/ Byron L. Conway, Jr.
_____
Byron L. Conway, Jr
Ga. Bar No. 487767
Attorney for Defendant
Federal Defenders of the
Middle District of Georgia, Inc.
440 Martin Luther King Jr. Blvd.
Suite 400
Macon, GA 31201
Tel: (478) 743-4747
Fax: (478) 207-3419
Email: byron_conway@fd.org

## CERTIFICATE OF SERVICE

I, Byron L. Conway, Jr., hereby certify that, on August 15, 2024, I electronically filed the foregoing *Unopposed Motion to Continue Trial in the Interests of Justice* with the clerk of Court using the CM/ECF system which will send notification of such to all counsel of record.

*/s/ Byron L. Conway, Jr.*
_____
Byron L. Conway, Jr
Ga. Bar No. 487767
Attorney for Defendant
Federal Defenders of the
Middle District of Georgia, Inc.
440 Martin Luther King Jr. Blvd.
Suite 400
Macon, GA 31201
Tel: (478) 743-4747
Fax: (478) 207-3419
Email: byron_conway@fd.org