IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:24-CR-34 (MTT) |
| | ) |
| ARIEL E. COLLAZO RAMOS | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER

The parties have jointly moved to continue this case until the next trial term. Doc. 45. The defendant was indicted on April 9, 2024, and had his arraignment in this Court on May 30, 2024. Docs. 1; 10. Two prior continuances have been granted. Docs. 27; 36. The parties now move the Court to continue this case to the next trial term to allow newly appointed counsel additional time to receive the voluminous discovery and review it with the defendant. Doc. 45 at 1.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 45) is **GRANTED**. The case is continued from the November term until the Court's next trial term presently scheduled for **January 13, 2025**. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 11th day of October, 2024.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT