**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 5:24-CR-34 (MTT)** |
| | ) | |
| **ARIEL COLLAZO RAMOS,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER**

On June 26, 2025, during a hearing on the defendant's motion to declare the case complex (Doc. 61), the defendant, by and through his attorney, made an oral motion to continue this case from the July trial term.  Doc. 65.

Having considered the grounds for the oral motion, the Court, pursuant to 18 U.S.C. § 3161(h)(7)(A), finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the oral motion is **GRANTED**.  The case is continued from the July term until the Court's next trial term presently scheduled for **September 22, 2025**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 26th day of June, 2025.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT