**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CASE NO. 5:24-CR-34 (MTT)** |
| : | |
| **ARIEL E. COLLAZO RAMOS** : | |
| : | |
| _____ : | |

**GOVERNMENT'S MOTION TO TERMINATE THE PROTECTIVE ORDER**

COMES NOW the United States of America, by and through its attorney, the United States Attorney for the Middle District of Georgia, and files this motion to terminate the protective order that was entered on June 14, 2024. Doc. 25.

Respectfully submitted this 3rd day of October, 2025.

                                    WILLIAM R. KEYES
                                  UNITED STATES ATTORNEY
                                  MIDDLE DISTRICT OF GEORGIA

BY:   *s/ William R. Keyes*
        WILLIAM R. KEYES
        United States Attorney
        Georgia Bar Number 368650
        United States Attorney's Office
        Middle District of Georgia
        Post Office Box 1702
        Macon, Georgia 31202-1702
        Telephone: (478) 621-2635
        Fax: (478) 621-2655
        Email: william.r.keyes@usdoj.gov

## CERTIFICATE OF SERVICE

I, William R. Keyes, United States Attorney, hereby certify that on this 3rd day of October, 2025, I filed the within and foregoing ***Government's Motion to Terminate Protective Order*** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

                WILLIAM R. KEYES
                UNITED STATES ATTORNEY
                MIDDLE DISTRICT OF GEORGIA

BY:   *s/ William R. Keyes*
        WILLIAM R. KEYES
        United States Attorney
        Georgia Bar Number 368650
        United States Attorney's Office
        Middle District of Georgia
        Post Office Box 1702
        Macon, Georgia 31202-1702
        Telephone: (478) 621-2635
        Fax: (478) 621-2655
        Email: william.r.keyes@usdoj.gov