# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CASE NO. 5:24-CR-34 (MTT)** |
| : | |
| **ARIEL E. COLLAZO RAMOS** : | |
| : | |

## ORDER TERMINATING THE PROTECTIVE ORDER

The Court having read the Motion to Terminate the Protective Order in this matter, and it appearing to the Court that the order should be terminated,

IT IS HEREBY ORDERED that the protective order (ECF 25) in this matter shall be **TERMINATED**.

**SO ORDERED,** this 3rd day of October, 2025.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT