**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v.  ) | CASE NO. 5:24-CR-34 (MTT) |
| ) | |
| ARIEL COLLAZO RAMOS, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## ORDER

The Court has been informed, through discussion with the defendant and his counsel at today's status conference, that the defendant has been unable to access the discovery hard drive delivered to the Butts County Jail several weeks ago by defense counsel. Upon further inquiry, the United States Marshal Service notified the Court that the Butts County Jail requires an order from the Court allowing the defendant, who is represented by counsel, to view the hard drive without his attorney present.

Accordingly, the Court **ORDERS** as follows:

- The defendant's hard drive currently in possession of the Butts County jail shall be provided to the defendant. The defendant shall be permitted to view the contents of the hard drive without his attorney present.

- The defendant's pretrial conference is set for October 28, and his trial begins on November 3. Lt. James shall ensure the defendant is provided access to any equipment necessary to view the contents of the hard drive. This review must begin before the scheduled pretrial conference.

**SO ORDERED**, this 24th day of October, 2025.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT