IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:24-CR-34 (MTT) |
| | ) |
| ARIEL E COLLAZO RAMOS, | ) |
| | ) |
| Defendant. | ) |

## VERDICT FORM

As to **Count One**, we, the jury find the Defendant Ariel E. Collazo Ramos:

\_\_\_\_Not Guilty         √ Guilty

SO SAY WE ALL, this 4th day of November, 2025.

[signature redacted]

1